**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| ENDURANCE RISK SOLUTIONS ASSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Defendant. | Case No.  2:22-cv-02304-KJM-KJN<br><br>**ORDER GRANTING STIPULATION FOR BINDING ARBITRATION AND TO STAY ACTION PENDING ARBITRATION** |

The Court, having read and considered the Stipulation for Binding Arbitration and to Stay Action Pending Arbitration, and good cause appearing:

1.  In accordance with the terms of the stipulation for binding arbitration and stay of the present lawsuit by and between the parties set out above, this matter shall be stayed pending the termination of the arbitration.

2.  The Court shall retain jurisdiction to enforce the terms of the Parties' agreement to arbitrate, and any award made by the Arbitrator, with no power retained by the Court to award fees and/or costs.

3.  Pursuant to the terms of the Stipulation, the Court sets a status conference in April or May 2024 (on a date available on the Court's calendar) to discuss the status of the arbitration.  This Status conference is set for April 11, 2024.

1    **IT IS SO ORDERED.**

2   Dated:  August 24, 2023.

3

4   _____
    CHIEF UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28